# Court of Appeals for the Second Circuit

## Court of Appeals for the Second Circuit

Receipt Date: Apr 1, 2026 10:16AM



Rcpt. No: 200000574          Trans. Date: Apr 1, 2026 10:16AM          Cashier ID: #JL (6891)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 201A | PLRA CASE DKTG INST 5100PL | | 1 | 300.00 | 300.00 |
| 201C | PLRA CASE DKTG INST 086400 | | 1 | 200.00 | 200.00 |
| 201B | PLRA CASE DKTG INST 0869PL | | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #122 | 03/23/2026 | $600.00 |

Total Due Prior to Payment: $600.00

Total Tendered: $600.00

Total Cash Received: $0.00

**Comments:** Mandamus 26-563

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

In re: DX, Petitioner

Case No. 26-563

Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Dear Clerk of Court:

Petitioner respectfully submits the enclosed $600 filing fee in connection with the above-captioned mandamus proceeding, Case No. 26-563.

Petitioner previously submitted an application to proceed in forma pauperis solely to avoid delay in docketing while continuing to seek a means of paying the filing fee. Petitioner now submits the enclosed filing fee and respectfully requests that it be applied to this case.

Petitioner further respectfully requests that **neither** the **external mailing label** affixed to the submission package **nor** the enclosed **check be scanned, docketed**, or otherwise made part of the **public record**. Petitioner is proceeding in this case under a **pseudonym**, and those materials contain Petitioner's name, return address, tracking information, banking information, and other personally identifying information, **the public disclosure of which would defeat the purpose of pseudonymous treatment**.

Respectfully submitted,

_DX_

DX

Petitioner, Pro Se

Dated: March 23, 2026