Public Version



# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

---

## NOTICE OF DISTRICT COURT RECORD-PRESERVATION FILING

Petitioner (DX) respectfully submits this notice to inform the Court of a recent filing in the United States District Court for the Southern District of New York.

On or about April 10, 2026, Petitioner submitted a filing titled: **"NOTICE OF STRUCTURAL FAILURE AND RECORD INTEGRITY DEFECT"** in United States v. Ho Wan Kwok, et al., No. 1:23-cr-118 (AT).

The district court filing was submitted solely for the purpose of preserving issues relating to judicial process and record integrity, without seeking substantive relief or adjudication.

This notice is provided for informational purposes only. Petitioner does not seek any action by this Court at this time.

Respectfully submitted,

DX

DX
Petitioner, Pro Se

Dated: April 10, 2026

Public Version

# UNITED STATES COURT OF APPEALS

# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-118-1 (S.D.N.Y.))

---

## CERTIFICATE OF SERVICE

Petitioner (DX) certifies as follows:

On or about April 10, 2026, a true and correct copy of the following documents was served:

● **NOTICE OF DISTRICT COURT RECORD-PRESERVATION FILING**

● **NOTICE OF STRUCTURAL FAILURE AND RECORD INTEGRITY DEFECT**

Service was made by certified mail to the following:

**Nathan Rehn**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

**Ryan B. Finkel**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

**Public Version**

No response is requested.

This certification is provided for record purposes only.

Respectfully submitted,

*DX*

DX

Petitioner, Pro Se

Dated: *April 10, 2026*

**Public Version**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

Plaintiff,

v.

Ho Wan Kwok, et al.,

**Defendants.**

Case No. 1:23-cr-118 (AT)

---

# NOTICE OF STRUCTURAL FAILURE AND RECORD INTEGRITY DEFECT

## (Submitted for Record Preservation Purposes Only)

Petitioner, proceeding pro se under the pseudonym "DX," respectfully submits this Notice.

Petitioner has previously appeared in related proceedings before the United States Court of Appeals for the Second Circuit and has submitted related filings in this Court concerning issues affecting judicial process and record integrity, together with a motion to proceed under pseudonym and a sealed identity statement.

Petitioner further notes that a related filing submitted under the same pseudonym appears on the docket of this case as ECF No. 813.

Public Version

This Notice is submitted solely for record-preservation purposes. It does not seek to assert any party status, intervene in the criminal proceedings, or invoke rights under 21 U.S.C. § 853(n) or the Crime Victims' Rights Act.

## I. PURPOSE OF THIS NOTICE

This Notice is submitted solely to preserve issues affecting:

- access to the Court,

- adjudication of submitted filings, and

- formation of a reliable and reviewable record

for purposes of appellate review.

These issues bear directly on whether the proceedings are capable of producing a reviewable judicial determination.

## II. FAILURE OF DOCKETING AND ACCESS TO JUDICIAL PROCESS

Petitioner previously submitted:

- a third-party petition under 21 U.S.C. § 853(n) on or about October 17, 2025; and
- a filing raising structural concerns affecting the integrity of the proceedings on or about April 2, 2026.

Public Version

These filings were transmitted to the Court through physical submission to the Pro Se Intake Unit and were served on the United States Attorney's Office.

As of the date of this Notice:

- these filings have not been entered on the docket;

- no deficiency notice has been issued;

- no rejection or administrative disposition has been communicated.

As a result:

- no judicial proceeding has been initiated;

- no formal record has been created;

- no adjudicative process has been triggered.

The absence of docketing operates as a complete barrier to judicial process, leaving no mechanism through which the issues raised in those filings may be considered, tested, or adjudicated.

## III. ABSENCE OF ADJUDICATION AND REVIEWABLE ORDER

Because the above filings have not been adjudicated:

- no determination has been made;

- no reasoning has been provided;

- no order has been entered.

Accordingly:

- no reviewable decision exists;

- no appellate review may be invoked through ordinary means.

The absence of adjudication therefore constitutes a functional denial of access to judicial review.

## IV. CONTEXT OF RELATED PROCEEDINGS

Petitioner has previously raised related issues concerning the availability of judicial process in submissions before the Court of Appeals and in filings presented to this Court.

This Notice does not attempt to present or rely on those materials, but references them solely to reflect the broader procedural context in which these issues arise.

## V. RECORD INTEGRITY CONCERNS

In addition to the absence of docketing and adjudication, the following structural concerns are presented:

- the record underlying the proceedings may not reflect all properly submitted materials;

- issues raised in submitted filings have not been subjected to adversarial testing;

- certain information relevant to the proceedings has emerged outside the trial record without adversarial development.

Taken together, these circumstances raise questions as to whether the record has been formed through a process capable of ensuring reliability and completeness.

Public Version

## VI. STRUCTURAL IMPLICATION

The combination of:

- failure of docketing,

- absence of adjudication, and

- lack of a fully developed adversarial record

raises the question of whether the proceedings, as currently constituted, are capable of producing a reliable and reviewable judicial determination.

This Notice does not seek resolution of that question at this stage.

It seeks only to ensure that the issue is preserved.

## VII. RECORD PRESERVATION

This Notice is submitted solely for record-preservation purposes.

Petitioner does not request any ruling or relief at this time.

Respectfully submitted,

_DX_

DX

Petitioner, Pro Se

Dated: _April 10, 2026_