## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _In Re : DX_    Docket No.: _26-563_

Lead Counsel of Record (name/firm) or Pro se Party (name): _DX_

Appearance for (party/designation): none _Petitioner_

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.    The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.    Please change the following parties' designations:
  Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _DX_
Firm: _Prose_
Address: _Contact information on file with the Court under seal (see sealed Identity Statement)_
Telephone: _Same as above_    Fax: _____
Email: _Same as above_

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.    The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on_____or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____
Type or Print Name:_____
            OR
Signature of pro se litigant: _DV_
Type or Print Name: _DX_
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

Public Version

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**In re: DX, Petitioner**
**No. 26-563**

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-118-1 (S.D.N.Y.))

## CERTIFICATE OF SERVICE

I, **DX**, hereby certify under penalty of perjury that on April 9, 2026, I served a true and correct copy of the following document:

**Acknowledgment and Notice of Appearance**

on the following:

**Nathan Rehn**
Assistant United States Attorney
United States Attorney's Office for the Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

**Ryan B. Finkel**
Assistant United States Attorney
United States Attorney's Office for the Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Service was made by certified mail.

Respectfully submitted,

_____

**DX**
Petitioner, Pro Se

Dated: April 9, 2026

# CORRECTED FILING

## Dkt. Entry 16.1

## Acknowledgment and Notice of Appearance

## (with Certificate of Service)

RECEIVED
2026 APR 13 PM 4:20
U.S. COURT OF APPEALS