Public Version

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: In re: DX, No. 26-563**

Dear Clerk of Court:

Petitioner DX, proceeding pro se under a pseudonym, respectfully submits the enclosed document titled: "**NOTICE OF DISTRICT COURT FILING (REGARDING SENTENCING AND REVIEWABLE RECORD)**" for inclusion in the record of the above-captioned matter.

This submission is provided solely for informational and record-preservation purposes. It does not seek any action or relief from the Court.

Petitioner respectfully notes that the enclosed Notice concerns a filing submitted to the United States District Court for the Southern District of New York addressing the relationship between sentencing and the existence of a reviewable record.

Thank you for your attention to this matter.

Respectfully submitted,

_DX_
_____

**DX**
Petitioner, Pro Se

Dated: _April 14. 2026_

Petitioner notes that the **external mailing label** (including any **waybill**) affixed to the submission package **may contain personally identifying information**.

Petitioner is **proceeding under a pseudonym**, and this statement is provided solely to avoid any inadvertent inclusion of such external

**Public Version**

materials in publicly accessible docket materials, including through scanning or imaging of the submission package.

Petitioner respectfully requests that, to the extent practicable, such **external mailing materials not be included in publicly accessible docket materials**.

Petitioner does not seek to seal this submission or otherwise request any substantive action by the Court.

Public Version

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563



---

# NOTICE OF DISTRICT COURT FILING (REGARDING SENTENCING AND REVIEWABLE RECORD)

Petitioner (DX), proceeding pro se, respectfully submits this Notice to inform the Court of a recent filing in the United States District Court for the Southern District of New York.

On or about April 14, 2026, Petitioner submitted a filing titled: **"NOTICE REGARDING SENTENCING IN THE ABSENCE OF A REVIEWABLE RECORD"** in United States v. Ho Wan Kwok, et al., No. 1:23-cr-118 (AT).

That filing identifies conditions existing at the time of sentencing, including:

- the absence of docketing of submitted filings;
- the absence of adjudication of those filings; and
- the absence of any resulting reviewable order.

The filing further states that such conditions arise both from filings that were never docketed and from materials that, although present on the docket, were not incorporated into any adjudicative process.

**Public Version**

Accordingly, the filing notes that, **whether omitted from the docket or excluded from adjudication, no reviewable record exists with respect to those matters**.

The filing further states that sentencing proceeded in the absence of a record capable of supporting appellate review, and that under such conditions the issues cannot be reached through ordinary appellate review and cannot be reviewed on appeal.

This Notice is provided for informational and record-preservation purposes only. Petitioner does not seek any action by this Court at this time.

_____

Respectfully submitted,

$P\chi$

_____

DX

Petitioner, Pro Se

Dated: April 14, 2026

Public Version

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-118-1 (S.D.N.Y.))

---

# CERTIFICATE OF SERVICE

Petitioner (DX) certifies as follows:

On or about April 14, 2026, a true and correct copy of the following documents was served:

- **NOTICE OF DISTRICT COURT FILING (REGARDING SENTENCING AND REVIEWABLE RECORD)**
- **NOTICE REGARDING SENTENCING IN THE ABSENCE OF A REVIEWABLE RECORD (Submitted for Record Preservation Only)**

Service was made by certified mail to the following:

**Nathan Rehn**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

**Ryan B. Finkel**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

**Public Version**

No response is requested.

This certification is provided for record purposes only.

Respectfully submitted,

DX

Petitioner, Pro Se

Dated: _____ April 14, 2026

Public Version

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America,
    Plaintiff,

v.

Ho Wan Kwok, et al.,
    Defendants.

Case No. 1:23-cr-118 (AT)

# NOTICE REGARDING SENTENCING IN THE ABSENCE OF A REVIEWABLE RECORD
# (Submitted for Record Preservation Only)

Petitioner (DX), proceeding pro se under the pseudonym "DX," respectfully submits this Notice.

This Notice is submitted solely for record-preservation purposes. It does not seek to assert any party status, intervene in the criminal proceedings, or request any form of relief.

## I. PURPOSE OF THIS NOTICE

This Notice is submitted solely to preserve issues concerning the relationship between the existence of a reviewable record and the sentencing proceedings, for purposes of appellate review.

In particular, this Notice identifies conditions affecting whether a record capable of supporting appellate review existed at the time sentencing was conducted.

## II. PRIOR NOTICE OF RECORD CONDITIONS

Petitioner previously submitted a Notice identifying the following conditions affecting the record:

- failure of docketing of submitted filings;
- absence of adjudication of those filings; and
- absence of any resulting reviewable order.

Those conditions were presented to the Court prior to sentencing and, as of the time of sentencing, remained unresolved.

## III. STATUS OF THE RECORD AT THE TIME OF SENTENCING

As of the time sentencing proceedings were conducted:

- no docketed record existed with respect to the submitted filings;
- no adjudication had occurred; and
- no reviewable order had been issued.

Accordingly, no record existed reflecting consideration or disposition of those submissions.

This condition arises both from filings that were never docketed and from materials that, although present on the docket, were not incorporated into any adjudicative process.

Public Version

**Whether omitted from the docket or excluded from adjudication, the result is the same: no reviewable record exists.**

Sentencing therefore proceeded in the absence of a record capable of supporting appellate review.

---

## IV. IMPLICATION FOR APPELLATE REVIEW

Where a matter is not docketed and not adjudicated, it does not form part of any reviewable record and cannot be subject to appellate review.

Where no reviewable record exists, the issues cannot be reached through ordinary appellate review and therefore cannot be reviewed on appeal.

Under such conditions, the relationship between the sentencing proceeding and the availability of appellate review is placed in question.

---

## V. RECORD-PRESERVATION FUNCTION

This Notice does not address the merits of any issue, but the condition under which sentencing proceeded.

The question presented is **whether sentencing occurred in the absence of a record capable of supporting appellate review**.

This Notice is submitted solely to preserve that issue.

Respectfully submitted,

DX
Petitioner, Pro Se

Dated: April 14, 2026

