Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: In re: DX, No. 26-563**

Dear Clerk of Court:

Petitioner DX, proceeding pro se under a pseudonym, respectfully submits the enclosed materials in response to the Court's **Notice of Defective Filing (Dkt. Entry No. 22.1**, dated April 9, 2026).

This submission is intended to cure the deficiencies identified by the Court, including:

• submission of a Motion Information Statement (Form T-1080); and
• submission of a Certificate of Service reflecting service upon opposing counsel.

The enclosed materials include:

(1) Motion Information Statement (Form T-1080);
(2) Certificate of Service; and
(3) Pro Se E-Filer User Request Form.

Petitioner respectfully submits these materials to comply with the Court's instructions and to complete the administrative requirements associated with the prior submission.

This submission is provided for administrative and record-compliance purposes only. It does not seek any substantive relief.

Thank you for your attention to this matter.

Respectfully submitted,

_DX_

DX
Petitioner, Pro Se
Dated: _April 14, 2026_

Petitioner notes that the **external mailing label** (including any **waybill**) affixed to the submission package **may contain personally identifying information.**

Petitioner is **proceeding under a pseudonym,** and this statement is provided solely to avoid any inadvertent inclusion of such external materials in publicly accessible docket materials, including through scanning or imaging of the submission package.

Petitioner respectfully requests that, to the extent practicable, such **external mailing materials not be included in publicly accessible docket materials.**

Petitioner does not seek to seal this submission or otherwise request any substantive action by the Court.