**Public Version**

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: In re: DX, No. 26-563**

Dear Clerk of Court:

Petitioner DX, proceeding pro se under a pseudonym, respectfully submits the enclosed materials for filing in the above-captioned matter.

The submission consists of the following documents:

(1) **NOTICE OF DISTRICT COURT FILING (REGARDING RULE 60(d)(3) SUBMISSION DATED APRIL 2, 2026);**

(2) **NOTICE OF DISTRICT COURT FILING (REGARDING IDENTIFICATION OF PRIOR SUBMISSIONS);**

(3) **NOTICE OF DISTRICT COURT FILING (REGARDING SUPPLEMENTAL RULE 60(d)(3) SUBMISSION);**

(4) a consolidated **Certificate of Service**.

Each Notice is submitted solely to inform the Court of filings made in the United States District Court for the Southern District of New York in connection with United States v. Ho Wan Kwok, et al., No. 1:23-cr-118 (AT).

**These materials are submitted for informational and record-preservation purposes only. They do not seek any action or relief from the Court.**

Thank you for your attention to this matter.

Respectfully submitted,

_____

DX
Petitioner, Pro Se

Dated: _April 16, 2026_

Petitioner notes that the **external mailing label** (including any **waybill**) affixed to the submission package **may contain personally identifying information.**

1

Petitioner is **proceeding under a pseudonym,** and this statement is provided solely to avoid any inadvertent inclusion of such external materials in publicly accessible docket materials, including through scanning or imaging of the submission package.

Petitioner respectfully requests that, to the extent practicable, such external mailing materials not be included in publicly accessible docket materials.

Petitioner does not seek to seal this submission or otherwise request any substantive action by the Court.

Public Version

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

---

# NOTICE OF DISTRICT COURT FILING (REGARDING RULE 60(d)(3) SUBMISSION DATED APRIL 2, 2026)

Petitioner (DX), proceeding pro se, respectfully submits this Notice to inform the Court of a prior filing in the United States District Court for the Southern District of New York.

On April 2, 2026, Petitioner submitted a filing titled:
**"INDEPENDENT MOTION FOR RELIEF FROM JUDGMENT UNDER FED. R. CIV. P. 60(d)(3) (Structural Failure of Adversarial Process)"**
in United States v. Ho Wan Kwok, et al., No. 1:23-cr-118 (AT).

That submission addresses issues concerning the integrity of the adversarial process and the formation of a record capable of supporting judicial determination.

This Notice is submitted to ensure that the existence of that filing is reflected in the record of this proceeding.

1

Public Version

This Notice is provided for informational and record-preservation purposes only. Petitioner does not seek any action by this Court at this time.

Respectfully submitted,

_DX_

DX

Petitioner, Pro Se

Dated: _April 16, 2026_

2

Public Version

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

---

## NOTICE OF DISTRICT COURT FILING (REGARDING IDENTIFICATION OF PRIOR SUBMISSIONS)

Petitioner (DX), proceeding pro se, respectfully submits this Notice to inform the Court of a recent filing in the United States District Court for the Southern District of New York.

On April 16, 2026, Petitioner submitted a filing titled:
**"NOTICE REGARDING RELATED APPELLATE PROCEEDINGS AND IDENTIFICATION OF PRIOR SUBMISSIONS"**
in United States v. Ho Wan Kwok, et al., No. 1:23-cr-118 (AT).

That submission identifies prior materials transmitted to the district court and clarifies their relationship to appellate proceedings, including the above-captioned matter.

This Notice is submitted to ensure that the existence of that filing is reflected in the record of this proceeding.

This Notice is provided for informational and record-preservation purposes only. Petitioner does not seek any action by this Court at this time.

1

**Public Version**

Respectfully submitted,

_D X_

DX

Petitioner, Pro Se

Dated: _April 16, 2026_

Public Version

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

# NOTICE OF DISTRICT COURT FILING
# (REGARDING SUPPLEMENTAL RULE 60(d)(3) SUBMISSION)

Petitioner (DX), proceeding pro se, respectfully submits this Notice to inform the Court of a recent filing in the United States District Court for the Southern District of New York.

On April 16, 2026, Petitioner submitted a filing titled:
**"SUPPLEMENTAL SUBMISSION IN SUPPORT OF RELIEF UNDER FED. R. CIV. P. 60(d)(3) (Structural Defect in Record Formation and Integrity)"**
in United States v. Ho Wan Kwok, et al., No. 1:23-cr-118 (AT).

That submission presents additional material concerning structural issues affecting the integrity, continuity, and reviewability of the record.

This Notice is submitted to ensure that the existence of that filing is reflected in the record of this proceeding.

This Notice is provided for informational and record-preservation purposes only. Petitioner does not seek any action by this Court at this time.

1

Public Version

Respectfully submitted,

DX

Petitioner, Pro Se

Dated: _April 16, 2026_

**Public Version**

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-118-1 (S.D.N.Y.))

---

# CERTIFICATE OF SERVICE

I, DX, hereby certify under penalty of perjury that on April 16, 2026, I caused a true and correct copy of the following documents to be served:

(1) NOTICE OF DISTRICT COURT FILING (REGARDING RULE 60(d)(3) SUBMISSION DATED APRIL 2, 2026);

(2) NOTICE OF DISTRICT COURT FILING (REGARDING IDENTIFICATION OF PRIOR SUBMISSIONS);

(3) NOTICE OF DISTRICT COURT FILING (REGARDING SUPPLEMENTAL RULE 60(d)(3) SUBMISSION);

Service was made by certified mail upon the following:

**Nathan Rehn**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

**Ryan B. Finkel**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

1

**Public Version**

Executed on April 16, 2026

DX
Petitioner, Pro Se

RECEIVED

2026 APR 17 PM 3:21

Clerk of Court

United States Court of Appeals

for the second Circuit

40 Foley Square

New York, NY 10007

Re: In re: Dx, No. 26-563