PUBLIC (REDACTED) VERSION

------------------------------------------------------------------------

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-00118 (AT)

(S.D.N.Y.))

------------------------------------------------------------------------

# NOTICE REGARDING POSTPONEMENT OF SENTENCING AND CONTINUED ABSENCE OF RECORD FORMATION

------------------------------------------------------------------------

Petitioner DX respectfully submits this notice to inform the Court of a recent development in the district court proceedings and its direct relevance to the issues presented in the pending mandamus petition.

On April 23, 2026, the United States District Court for the Southern District of New York issued an order (ECF No. 837) adjourning sentencing in United States v. Kwok, et al., Case No. 1:23-cr-00118 (AT), from April 27, 2026 to June 29, 2026, citing "the complexity of the outstanding issues raised in the parties' voluminous sentencing submissions."

This development confirms that the sentencing record presently reflects unresolved issues bearing on the factual and procedural framework of the proceedings.

However, Petitioner respectfully notes that the submissions he filed in the district court—including Rule 60(d)(3) filings dated November 14, 2025,

**PUBLIC (REDACTED) VERSION**

April 2, 2026, and April 17, 2026—directly address issues of record formation, factual continuity, and integrity, yet remain undocketed and unadjudicated.

**As a result, the record now reflects the existence of acknowledged "outstanding issues," while simultaneously excluding the filings that directly address those issues.**

This posture further underscores the structural defect identified in the mandamus petition: the absence of a record that incorporates the materials necessary to understand, test, and resolve the issues affecting sentencing.

Petitioner does not seek any substantive determination through this notice. It is submitted solely to inform the Court that, even following the adjournment of sentencing, the underlying issue remains unchanged: **the continued absence of a complete and reviewable record.**

-------------------------------------------------------------------------------

Respectfully submitted,

DX

DX

Petitioner, Pro Se

Dated: April 24, 2026

-------------------------------------------------------------------------------

PUBLIC (REDACTED) VERSION

----------------------------------------------------------------------

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-00118 (AT)

(S.D.N.Y.))

----------------------------------------------------------------------

# CERTIFICATE OF SERVICE

----------------------------------------------------------------------

I, DX, hereby certify under penalty of perjury that on April 24, 2026, I served a true and correct copy of the following document by registered mail, postage prepaid, with tracking:

(1) NOTICE REGARDING POSTPONEMENT OF SENTENCING AND CONTINUED ABSENCE OF RECORD FORMATION

The foregoing document was served upon counsel for the United States in this matter at the following address:

**Nathan Rehn**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

----------------------------------------------------------------------

Executed on April 24, 2026

DX *DX*

Petitioner, Pro Se

# CLERK NOTICE REGARDING SCANNING

The enclosed submission contains only the filing materials.

The external mailing envelope and any carrier labels (including waybills or tracking labels) may contain personally identifying information.

Clerk is respectfully requested to:

• Scan and docket only the enclosed filing materials;

• Exclude all external packaging, envelopes, and mailing labels from the record.

This request is made solely to prevent inadvertent disclosure of personally identifying information.

**PUBLIC (REDACTED) VERSION**

Petitioner respectfully requests that **external packaging or carrier materials**—including mailing labels, **waybills**, tracking information, or any external identifiers—**not be scanned, imaged, or** otherwise **included in the docket record.**

This request is made to avoid inadvertent inclusion of personally identifying information contained on external mailing materials.

[April 24, 2026]

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

Re: **In re: DX, Petitioner**
**No. 26-563**

Dear Clerk of Court:
Petitioner DX respectfully submits the enclosed **Notice Regarding Postponement of Sentencing and Continued Absence of Record Formation** for filing in the above-captioned matter.

This submission is provided solely to inform the Court of a recent development in the district court proceedings and its relevance to the issues presented in Petitioner's pending mandamus petition.

Petitioner respectfully requests that the enclosed submission be **docketed in this case.**

Petitioner has served a copy of this submission upon counsel for the United States.

Thank you for your attention to this matter.

**PUBLIC (REDACTED) VERSION**

Respectfully submitted,

DX

Petitioner, Pro Se

Dated: April 29, 2026

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

Re: In re Dx, Petitioner
No. 26-563

Notice Regarding Postponement of Sentencing

US COURT OF APPEALS
2026 APR 30 PM 3:51
RECEIVED