# CLERK NOTICE REGARDING SCANNING

The enclosed submission contains only the filing materials.

The external mailing envelope and any carrier labels (including waybills or tracking labels) may contain personally identifying information.

Clerk is respectfully requested to:

• Scan and docket only the enclosed filing materials;

• Exclude all external packaging, envelopes, and mailing labels from the record.

This request is made solely to prevent inadvertent disclosure of personally identifying information.

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: In re: DX, Petitioner**
**Docket No. 26-563**

Dear Clerk of Court:

Petitioner DX, proceeding pro se, respectfully submits the enclosed materials for filing in the above-captioned matter.

Enclosed please find the following documents for filing:

• Certificate of Service.

• Notice Regarding Continuity, Reviewability, and Cross-Stage Record Formation; and

This notice is submitted solely for informational and record-preservation purposes.

The filing does not seek substantive relief, reconsideration of any prior ruling, or adjudication of any factual dispute. Rather, the notice identifies a potential issue concerning continuity, formation, and reviewability of the factual record across successive adjudicative stages and related proceedings, including detention-related proceedings previously before this Court and subsequent sentencing-stage proceedings.

Petitioner respectfully submits that the filing is intended solely to preserve and identify potential continuity and reviewability concerns reflected in the present procedural posture of the underlying proceedings.

No emergency relief is requested at this time.

Please contact the undersigned if additional information is required.

Respectfully submitted,

DX
Petitioner, Pro Se

Dated: May 20, 2026

Petitioner notes that the **external mailing label** (including any **waybill**) affixed to the submission package **may contain personally identifying information**.

Petitioner is **proceeding under a pseudonym**, and this statement is provided solely to avoid any inadvertent inclusion of such external materials in publicly accessible docket materials, including through scanning or imaging of the submission package.

Petitioner respectfully requests that only the enclosed filing be scanned and docketed, and that **any exterior packaging or carrier materials not be included in the record**.

Petitioner does not seek to seal this submission or otherwise request any substantive action by the Court.