UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-563

**Caption [use short title]**

**Motion for:** Emergency Administrative Motion To Remove Inadvertently Scanned External Carrier Materials

In re: DX, Petitioner

Set forth below precise, complete statement of relief sought:

An order removing from public access, or otherwise making non-public, Page 14 of the publicly accessible docket scan associated with DktEntry 39.1 because the page consists solely of inadvertently scanned external carrier materials rather than intended filing content.

**MOVING PARTY:** DX, Petitioner        **OPPOSING PARTY:** United States of America

[ ] Plaintiff          [ ] Defendant

[■] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** DX, Pro Se        **OPPOSING ATTORNEY:** United States Attorney's Office, Southern District of New York

[name of attorney, with firm, address, phone number and e-mail]

DX, Pro Se

Identity and contact information filed separately under seal

Nathan Rehn, Assistant United States Attorney

26 Federal Plaza, 37th Floor, New York, NY 10278

(212) 637-2354

Court- Judge/ Agency appealed from: United States District Court, Southern District of New York, Hon. Analisa Torres, U.S. District Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[■] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [■] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [■] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [■] No
Has this relief been previously sought in this court? [ ] Yes [■] No

Requested return date and explanation of emergency: Prompt administrative corrective action is requested because Page 14 of DktEntry 39.1 currently remains publicly accessible and appears to consist solely of inadvertently scanned external carrier materials not intended to form part of the public filing record.

Is the oral argument on motion requested?  [ ] Yes [■] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes [■] No  If yes, enter date:_____

**Signature of Moving Attorney:**

_____DX_____ Date: May 25, 2026  Service : [ ] Electronic [■] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**PUBLIC VERSION**

---------------------------------------------------------------------------------

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-00118 (AT)

(S.D.N.Y.))

---------------------------------------------------------------------------------

# EMERGENCY ADMINISTRATIVE MOTION TO REMOVE INADVERTENTLY SCANNED EXTERNAL CARRIER MATERIALS

---------------------------------------------------------------------------------

Petitioner DX, proceeding pro se and under pseudonym, respectfully submits this narrowly tailored emergency administrative motion seeking corrective action regarding inadvertent inclusion of external carrier materials within the publicly accessible docket scan associated with the above-captioned matter.

The publicly accessible docket scan associated with DktEntry 39.1 currently appears to include external carrier materials that were not intended to form part of the public filing record.

The relevant material appears at:

**Case: 26-563, 05/22/2026, DktEntry 39.1, Page 14 of 14**

Prior to submission of the underlying filing, Petitioner expressly included:

**PUBLIC VERSION**

(1) a separate "CLERK NOTICE REGARDING SCANNING" requesting that external mailing materials not be scanned or docketed; and

(2) a statement within the accompanying cover letter specifically requesting exclusion of exterior packaging and carrier materials from the public record.

Petitioner is proceeding under pseudonym in this matter, and the external carrier materials appearing on Page 14 appear to have been included inadvertently as part of the scanning process rather than as part of the intended filing materials.

Petitioner respectfully requests that Page 14 be removed from public access in its entirety or otherwise made non-public because the page consists solely of inadvertently scanned external carrier materials rather than intended filing content.

This request is administrative and corrective in nature only. Petitioner does not seek reconsideration of any ruling, adjudication of any substantive issue, modification of the Court's merits-related determinations, or broader sealing relief beyond the specific inadvertently scanned external carrier materials identified herein.

Petitioner respectfully submits that continued public availability of the scanned materials is unnecessary because Page 14 consists solely of external carrier materials rather than intended filing content and that narrowly tailored corrective action would appropriately resolve the issue.

**PUBLIC VERSION**

WHEREFORE, Petitioner respectfully requests that Page 14 of the publicly accessible docket scan associated with DktEntry 39.1 be removed from public access in its entirety or otherwise made non-public.

---------------------------------------------------------------------------------

Respectfully submitted,

DX  *DX*

Petitioner, Pro Se

Dated: May 25, 2026

---------------------------------------------------------------------------------

---

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

In re: DX, Petitioner

No. 26-563

(Arising from United States v. Ho Wan Kwok, No. 1:23-cr-00118 (AT)

(S.D.N.Y.))

---

# CERTIFICATE OF SERVICE

---

I, DX, hereby certify that on May 25, 2026, I served by registered mail, postage prepaid, with tracking, true and correct copies of the following documents:

(1) T-1080 Motion Information Statement;

(2) Emergency Administrative Motion to Remove Inadvertently Scanned External Carrier Materials; and

(3) Certificate of Service.

The foregoing documents were served upon:

**Nathan Rehn**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

Executed on May 25, 2026

_____
DX

Petitioner, Pro Se

Page 1 of 1