# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of July, two thousand twenty-six.

Before:      Raymond J. Lohier, Jr.,
                *Chief Judge,*
             Amalya L. Kearse,
             John M. Walker, Jr.,
                *Circuit Judges.*

---

In Re: Jason Zen,
        Petitioner.                     **ORDER**

---

Jason Zen,                               Docket No. 25-3046

        Petitioner,

   v.

United States of America,

        Respondent.

---

In Re: Chunk Chyi,
        Petitioner.

---

Chunk Chyi,                            Docket No. 26-77

        Petitioner,

   v.

United States of America,

        Respondent.

---

In Re: Tony,
        Petitioner.

---

Tony,                                   Docket No. 26-361

        Petitioner,

v.

United States of America,

   Respondent.

_____

_____

In Re: Doe,

   Petitioner.

----------------------------------------------------

Doe,                  Docket No. 26-364

   Petitioner,

 v.

United States of America,

   Respondent.

_____

_____

In Re: DX,

   Petitioner.

-------------------------------------------------------

DX,                   Docket No. 26-563

   Petitioner,

 v.

United States of America,

   Respondent.

_____

   Petitioners move for a stay of the sentencing proceeding in Case No. 23-cr-00118-AT (S.D.N.Y.), that was scheduled for June 29, 2026.

   IT IS HEREBY ORDERED that the motions for a stay are DENIED.

         For the Court:
         Catherine O'Hagan Wolfe,
         Clerk of Court

