**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-six,

Present:

        Raymond J. Lohier, Jr.,
                Chief Judge,
        Amalya L. Kearse,
        John M. Walker, Jr.,
                Circuit Judges.

---

| | |
|---|---|
| In Re: DX,<br>        Petitioner. | **ORDER**<br>Docket No. 26-563 |

--------------------------------------------------

DX,

        Petitioner,

  v.

United States of America,

        Respondent.

---

Petitioner DX filed a motion for reconsideration and the panel that determined the motion has considered the request.

IT IS HEREBY ORDERED, that the motion is denied.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

